COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Garry Fuller v. The State of Texas

Appellate case numbers:  01-14-00796-CR & 01-14-00797-CR

Trial court case numbers: 1379141 & 1413756

Trial court:                       338th District Court, Harris County, Texas

Appellant's brief was due on April 3, 2015. After issuing notice that the brief was late, we received no response. Accordingly, on October 15, 2015, this court issued an order, abating the appeal and directing the trial court to hold a hearing to determine whether appellant desired to prosecute the appeals, whether counsel had abandoned the appeals or if not, when the briefs would be filed. On October 16, 2015, appellant filed an appellant's brief in these two causes, a motion for extension of time to file appellant's brief in these two causes, and a motion to reinstate the appeal.

We withdraw our order of October 15, 2015, grant the motion to reinstate, and order the appeals reinstated on the active docket. The motion for extension has already been granted and the brief was filed. The State's brief is due within 30 days of the date appellant's brief was filed.

It is so ORDERED.


Judge's signature: /s/ Rebeca Huddle
                            ☒ Acting individually     ☐ Acting for the Court


Date: October 27, 2015